```
1  AARON D. FORD
     Attorney General
2  MARK HACKMANN, Bar No. 16704
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1227
   E-mail:  mhackmann@ag.nv.gov
6
   *Attorneys for Defendants Russ Alfano,*
7  *Jessica Rambur (formerly Jessica Isaacson),*
   *David Rivas and Megan Sullivan*
8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants | Case No. 3:23-CV-00314-CLB<br><br>**ORDER GRANTING<br>STIPULATION TO DISMISS<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants Russ Alfano, Jessica Rambur, David Rivas and Megan Sullivan, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackman, Deputy Attorney General, and Skyler James Fowler, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 4th day of February 2025.    DATED this 7th day of February 2025.

AARON D. FORD
Attorney General

_____
Skyler James Fowler,
*Plaintiff*

/s/ *Mark M. Hackmann*
Mark M. Hackmann, (Bar No. 16704)
*Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED:** April 22, 2025

_____
UNITED STATES MAGISTRATE JUDGE